ALLEGHENY LUDLUM STEEL CORPORATION, Appellant, *v.* WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board, Respondents.

Argued November 19, 1945; decided November 29, 1945.

*Welles V. Moot, William H. Eckert* and *William G. Conable* for appellant.

*William E. Grady, Jr. (Philip Feldblum* and *Norbert M. Phillips* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.